

Cite as 2017 Ark. 4

# SUPREME COURT OF ARKANSAS

**No.** CV–16–560

| | |
|---|---|
| WAYNE HOLDEN & COMPANY, INC.<br>APPELLANT<br><br>V.<br><br>TYLER WAGGONER, DECEASED<br>APPELLEE | **Opinion Delivered:** January 12, 2017<br><br>JOINT MOTION TO WITHDRAW PETITION FOR REVIEW AND REMAND TO THE ARKANSAS WORKERS' COMPENSATION COMMISSION<br><br><br>MOTION TO WITHDRAW PETITION FOR REVIEW STAYED; REMANDED. |

**PER CURIAM**

The parties have filed a joint motion to withdraw their petition for review and remand to the Arkansas Workers' Compensation Commission.

We stay the motion to withdraw the petition for review. We remand to the Arkansas Workers' Compensation Commission for consideration of their joint petition settlement. The parties shall provide the court with a status report within 90 days.